# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>BART BRANDON ELY<br><br>*Defendant(s)* | Case No. 3:21-MJ-242 |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 5, 2021__ in the county of __Miami__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113 | Bank Robbery |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

*Complainant's signature*

SA Nicholas A. Graziosi, FBI
*Printed name and title*

Sworn to before me and signed in my presence via facetime.

Date: 06/23/21

Peter B. Silvain, Jr.
United States Magistrate Judge

City and state: DAYTON, OHIO

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Nicholas A. Graziosi, being first duly sworn, hereby depose and state the following:

1. I am a Special Agent with the United States Federal Bureau of Investigation and have been employed as such since March of 2017. Prior to my employment at the Federal Bureau of Investigation, I was enlisted with the United States Marine Corps and later earned a law degree from West Virginia University College of Law. I am currently assigned to the FBI Cincinnati Division – Dayton Resident Agency. While employed by the Federal Bureau of Investigation, I have investigated the commission of federal crimes involving criminal offenses to include violent crimes and drug trafficking. In the course of these duties, I have participated in numerous federal search and arrest operations and conducted associated interviews which have resulted in the collection of evidence and admissions of multiple criminal violations. The information contained in this Affidavit is either personally known by me or relayed to me by other law enforcement officers involved in the subject investigation.

2. This affidavit is in support of a criminal complaint against BART BRANDON ELY (hereinafter referred to as "ELY") for violations of 18 U.S.C. § 2113 (Bank Robbery). My knowledge of this investigation is based upon my own personal observations, as well as the observations and investigation conducted by other law enforcement officers, including members of the Northwest Ohio Safe Streets Task Force and the Southern Ohio Safe Streets Task Force.

3. Because this affidavit is being submitted for the limited purpose of supporting a criminal complaint, I have not included each and every fact known concerning this investigation. I have set forth only the facts I believe necessary to establish probable cause that ELY has committed a violation of 18 U.S.C. § 2113 – Bank Robbery.

1

4. Beginning in June 2021 and continuing thereafter, the Affiant, as well as the other law enforcement officers, including members of the Northwest Ohio Safe Streets Task Force and the Southern Ohio Safe Streets Task Force began investigating a series of bank robberies that occurred in the states of Ohio and Indiana. Investigators identified the bank robbery suspect as BART ELY. While committing the robberies, ELY provided bank clerks with notes threating harm while demanding U.S. currency.

5. On June 4, 2021, a robbery occurred at the First Source Bank located in Bluffton, Indiana. The male suspect made away with $401 in US Currency from the robbery. According to a Task Force Officer in the Federal Bureau of Investigation, Indianapolis Field Office, Fort Wayne Resident Agency, a tipster contacted law enforcement and identified the male from the bank robbery as BART ELY. Law enforcement substantiated this tip through other means throughout the investigation.

6. On June 5, 2021, at approximately 11:37 a.m., an attempted bank robbery occurred at the US Bank located at 935 W. Main Street, Tipp City, Ohio. Tipp City Police Department Officers arrived on scene and learned from bank employees that a tall, slender, white male, wearing a black hat with a mask, later identified as ELY, entered the bank and approached the teller's window. Bank employee further described the suspect as a white male, late 30's early 40's, approximately 6'2", with a slender build, wearing a black hat with a mask. ELY then passed the teller a note which contained writing that stated, "give me $2,500 in cash, do not push the button, I know who you are and where you live." The teller responded that she could not give ELY the money without a driver's license. ELY then left on foot with the note, but without the money. A Bank employee observed ELY depart the area on foot walking eastbound. While Tipp City Police

Department officers were on scene, dispatch reported a possible robbery that occurred in Troy, Ohio.

7. On June 5, 2021, at approximately 11:51 a.m., a robbery occurred at First Financial Bank, located at 1580 W. Main Street, Troy, OH, 45373. Troy Police Department officers arrived on scene and learned from bank personnel that a tall, thin, white male, later identified as ELY, wearing a black hat with sunglasses on top, dark clothing, and a mask, entered the bank and approached a teller. ELY then provided the teller a note. Employees described the contents of the note demanding $2,500 or more and threatening that he knew where the teller lived and "don't make this bad.". The teller provided ELY with an unknown amount of U.S. currency. ELY departed the area on foot traveling westbound. The teller retained the note, which was provided to Troy Police Department as evidence. Troy Police Department observed the note which read: "Give me 2500 or more and no dye packs or alarms. Wait 5 minutes before saying anything. I know where you live, we are watching the house so don't make this bad." The note was written on a white envelope. A bank employee conducted an audit of the amount taken, which revealed that $3,329.00 was taken by ELY.

8. On June 7, 2021, Troy Police Department investigators located footage from a nearby business of the First Financial Bank and observed a dark colored 2004 Jeep Grand Cherokee pull into the employee parking lot of a nearby business located south of First Financial Bank at approximately 11:45 a.m. on June 5, 2021. Surveillance video captures a male exiting the vehicle, walking north then putting a mask on his face. At approximately 11:49 a.m., the same individual is observed on video running back to the Jeep and driving away from the area at a high rate of speed.

3

9. On June 8, 2021, Troy Police Department investigators received a message on Troy Police Department's social media page that contained a post from the Bluffton Indian Police Department. The post was dated June 4, 2021 and described a robbery that had occurred that day. The post contained two pictures, one of which matched the physical characteristics of the individual seen on the video footage obtained from First Financial Bank and another of a surveillance footage from and nearby business which captured the man depart and return to the Jeep Grand Cherokee. Bluffton Police Department, through their investigation, identified the suspect that robbed the First Source Bank located in Bluffton, Indiana, as ELY. Bluffton Police Department obtained an Ohio License Plate JKC2923, which resolved to Bart Brandon Ely on a black 2004 Jeep Grand Cherokee. Bluffton Police investigators also provided the note used in the First Source Bank Robbery, which investigators observed similarities between the handwriting of both notes.

10. On June 9, 2021, Sidney Police Department located ELY's vehicle in a parking lot of Applebee's on N. Vandemark Road, Sidney, Ohio, being a 2004 black Jeep Grand Cherokee, bearing license plate JKC2923. This vehicle also matched video footage observed from the area of First Financial Bank. Troy Police Department obtained a search warrant for the vehicle. During the search several clothing items were located in the vehicle and observed to be consistent with clothing items worn by ELY during the First Source Bank robbery in Bluffton, Indiana. These items were collected and retained by Troy Police Department.

11. On June 10, 2021, at approximately 12:04 p.m., a bank robbery occurred at the US Bank located in 6320 Frantz Road, Dublin, Ohio. Bank employees described the suspect as a tall, white, thin, male wearing a baseball cap, black tee shirt and jeans, with short hair. The male entered the bank and approached the teller and handed her a note. The teller described the note as

4

follows: "Don't make it bad." The man then told the teller "Don't make it bad for yourself." The teller ultimately provided the suspect an amount of cash later to be determined to be in the amount of $1,057 in US Currency. The suspect put the money in his pocket and departed the bank. During this robbery he made off with $1,057 in US Currency.

12. Dublin Police Department investigators learned of the bank robbery that occurred in Troy, Ohio and the attempted robbery that occurred in Tipp City, Ohio. A comparison of photographs of the robbery suspect from surveillance video of these robberies were consistent with the robbery suspect captured on surveillance video from the US Bank located in Dublin, OH.

13. On June 12, 2021, your affiant learned of another bank robbery that occurred at the Chase Bank in Lima, Ohio. Northwest Ohio Safe Streets Task Force members observed the surveillance video of the robbery suspect, which matched the physical description of ELY. The suspect was able to make off with $3,958 in US Currency.

14. On June 12, 2021, your affiant learned of another bank robbery that occurred at the Chase Bank located in Lima, Ohio. Northwest Ohio Safe Streets Task Force members again reviewed surveillance video and determined that the robbery suspect matched the physical description of ELY. During this robbery, ELY made off with $3,950 in US Currency.

15. All of the robberies were conducted in a similar manner with the exception of the US Bank in Dublin, Ohio. ELY would provide a note to the teller stating something to the effect of people watching the bank employee's home and to provide money. During the Dublin robbery, ELY held one hand behind his back giving the teller the impression that he had a weapon. No weapon was brandished during any of the robberies and no weapon appeared to be implied other than during the Dublin robbery.

16. On Sunday, June 13, 2021, ELY checked into a Fort Wayne area motel. An eye witnessed who positively identified ELY later contacted law enforcement and provided information, to include a phone number that ELY gave when he checked into the motel. This information was provided to the FBI in Lima on June 16, 2021.

17. On June 16, 2021, law enforcement obtained an exigent circumstance cellular telephone "ping" or GPS location data for that phone number which was provided to law enforcement as 419-605-3997. This number ultimately did not end up being ELY's cell phone number.

18. ELY's girlfriend, REBECCA HUTCHINS, was interviewed on two separate occasions on June 16, 2021. During the initial interview, HUTCHINS informed law enforcement that she believed that the robber was in fact BART ELY. She stated that he was addicted to crack cocaine and that he recently told her that he could not beat his addiction. She recalled that on two separate occasions, he attempted suicide, both times he was unsuccessful. She said that she only had an old phone number for ELY and that she had not heard from his since June 5, 2021.

19. In a subsequent interview, HUTCHINS was asked to take a polygraph examination. She declined to take it that night and said that she was unsure if she would be willing to take it the following day. During this interview, she informed investigators that she spoke with ELY on June 6, 2021 and that he had informed her that he had "dumped" his vehicle at an Applebee's restaurant in Sidney, Ohio. HUTCHINS said that she did not report this to law enforcement because she did not want anything to do with his actions. ELY's vehicle was in fact recovered at an Applebee's restaurant in Sidney, Ohio by local law enforcement.

20. The following morning, on June 17, 2021, HUTCHINS contacted FBI Special Agent Caleb Williams and indicated that she had received a text message from ELY, from cellular telephone number 419-605-3779, and it states the following:

ELY: "Wanted to say good bye to molly before I end this"

HUTCHINS: "Ok Sean is here"

ELY: "Wont be tofay"

21. The initial number received by law enforcement was similar to the actual number which ELY was utilizing. Investigators subsequently obtained an exigent circumstance cellular telephone ping for the new cellular telephone number, 419-605-3779.

22. Later that same morning at 11:02 AM, on June 17, 2021, ELY conducted another bank robbery at the Old National Bank in Fort Wayne, Indiana. During this robbery, ELY made off with $2,641. When attempting to locate ELY by tracking the phone "pings", he traveled to Decatur, Indiana, where he ultimately shut his for off for over two hours.

23. When ELY turned his phone back on, he was in the vicinity of St. Marys, Ohio. After receiving more "pings", ELY came to a stop somewhere in Lakeview, Ohio. Not long after arriving in Lakeview, he again shut his phone off. When he turned his phone back on he was in Sidney, Ohio.

24. On June 17, 2021, at approximately 3:30 PM, ELY shut his phone off. The phone remained off for the duration that law enforcement was receiving emergency "pings".

25. On June 22, 2021, ELY robbed the 5/3 Bank in Englewood, Ohio. During this robbery, ELY made off with $755.50. During the robbery investigation a new cellular telephone number for ELY was identified. Law enforcement obtained exigent circumstance cellular telephone pings on ELY's new number. ELY appeared in Sidney, Ohio and then down in the

7

Dayton, and Beckett Ridge, Ohio areas. ELY eventually turned his cellular telephone off and was unable to be located.

26. Investigators identified a number with which ELY was in contact with regularly. The cellular telephone number belonged to a ride-share operator. Investigators were unsure if this person was a witting accomplice in the bank robberies or rather an unwitting participant due to the nature of their occupation.

27. Investigators obtained an exigent circumstance cellular telephone ping for the operator of the ride-share's cellular phone number. In the evening hours of June 22, 2021, investigators located and conducted a traffic stop on this individual, hereafter referred to as Cooperating Witness (CW).

28. During the interview, the CW was asked if he knew why the FBI wanted to speak with them. The CW indicated it was because they were a bank robber. When asked to elaborate, CW said that they figured out earlier that day that they had been driving around a male who had been robbing banks. CW provided the location where they dropped ELY off a few hours prior as being the Avid Hotel in West Chester, Ohio. The CW was cooperative with law enforcement, and provided further information to corroborate their association with ELY and was told that he/she would need to be interviewed further at a later date.

29. Multiple law enforcement officers established surveillance in the vicinity of the Avid Hotel, located at 8927 Lakota Drive West, West Chester, Ohio. An employee verified that ELY had checked in under the name of BRANDON ELY and that he was staying in room 327. The employee further added that ELY had departed earlier and was likely eating a restaurant in the area.

30. ELY returned later that night to the hotel and went back into his room. Investigators knocked on his door, announcing the presence of law enforcement and eventually breached the door to the hotel room. At that time ELY had multiple active state warrants relating to the robberies occurring in Indiana, Lima, OH, and Troy, OH.

31. Once inside, law enforcement noticed a large amount of blood and ELY laying on the floor near the bed, bleeding from multiple self-inflicted knife wounds. Law enforcement contacted local emergency medical services and performed first aid until they arrived. While providing first aid to ELY, he made statements such as: "Let me die, let me die" and "I can't go back to prison."

32. ELY was transported to the West Chester Hospital and was admitted overnight. He is currently still at the West Chester Hospital under the supervision of the FBI.

33. Based on the information contained in this affidavit, I believed probable cause exists that on June 5, 2021, in the Southern District of Ohio, BART BRANDON ELY, committed a violation of 18 U.S.C. § 2113 – Bank Robbery.

Further your Affiant sayeth naught.

Nicholas A. Graziosi
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 23rd day of June, 2021.

Peter B. Silvain, Jr.
United States Magistrate Judge